**Order filed April 21, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00241-CV
_____

## PIONEER NATURAL RESOURCES USA, INC., Appellant

## V.

## CENTRALIA PERMIAN, LLC, Appellee

**On Appeal from the 385th District Court**
**Midland County, Texas**
**Trial Court Cause No. CV55324**

## O R D E R

The parties to this appeal have filed a joint motion to temporarily abate this appeal to allow the parties time to prepare and execute formal settlement documents. The parties request a ninety-day abatement to complete the settlement process and fulfill any settlement obligations.  We grant that request.

Accordingly, we grant the parties' joint motion and abate this appeal for ninety days from the date of this order—unless the parties notify this court sooner

that they have finalized the settlement. The parties are instructed to (1) notify this court immediately upon the finalization of their settlement agreement and (2) file an appropriate motion in this court based upon any such agreement. If the parties have not notified this court on or before July 20, 2022, that a final settlement agreement has been reached, this proceeding will be reinstated and Appellant's brief will be due thirty days after reinstatement.

It is so ordered.

PER CURIAM

April 21, 2022

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.